UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUDITH ADELE NOWLIN | ) | BK. NO. |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |

## CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Chapter 13 Trustee and the Debtor shall pay to the Trustee the sum of $237.00 per month for a period of 60 months or until completion of the plan. The payments to the Trustee shall total approximately $14,220.00 over the life of the Plan.

2. From the payments so received the Trustee shall make disbursements as follows:

**PRIORITY CLAIMS**:

The following claims are entitled to priority in the following amounts:

a) Attorney Fees (unpaid portion): $2,300.00 - amount shall be paid in monthly payments pursuant to the Standing Order on Standing Order Regarding Attorney Fees for Debtor's Counsel in Chapter 7 and Chapter 13 Cases
b) The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. 586 (a).
c) The Trustee shall pay all court costs billed to the Trustee by the Clerk of the Bankruptcy Court.

**UNSECURED PRIORITY CLAIMS:**

The following claim are entitled to priority in the following amounts:


**SECURED CLAIMS**:

From the payments received the Trustee will pay the following secured creditors.

None

The following secured claims will be paid directly by the Debtor beginning with the first

post-petition payment due after filing the bankruptcy. Secured creditors to be paid directly may continue to send regular monthly invoices to the Debtor and may otherwise contact/communicate with the Debtor directly concerning all informational matters affecting the normal servicing of any such accounts. To the extent RESPA applies to any Mortgager/Creditor outside of bankruptcy, it will continue to apply during the life of this case.

Wells Fargo Auto Finance     2005 Chrysler Town & Country     pay at contract rate

Any of the above secured creditor who obtains a court order lifting the stay as to their collateral may file an amended claim asserting any alleged deficiency.  The Debtor's obligation to make future payments on the loan associated with that collateral shall immediately cease.  Upon completion of the plan the Debtors shall be discharged from the Debtor's obligation to the secured creditor.

The following interest in secured claims will be surrendered by the Debtor:

Chase                              Residence at 809 East 3rd Street, Pana, IL 62557

Debtors will surrender their interest in real estate located at 809 East 3rd Street, Pana, IL 62557 financed through Chase.  The automatic stay with respect to said property shall be modified, if not already done so, to allow said creditor to recover possession of said property and dispose of said property according to applicable law with any deficiency after disposition of said property being treated as a general unsecured claim if said creditor chooses to file a proof of claim.

**UNSECURED CLAIMS**:

From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $10,484.00 which will be paid pro rata to unsecured claims.

The Trustee shall make no payments in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $15.00.

In the event the Debtor's employment changes during the term of this plan, they shall notify the Chapter 13 Trustee within 21 days thereof.

The Debtor is required to provide the Trustee with copies of his/her federal and state tax returns (including all schedules filed), within fifteen days of filing, but in no case later than April 30th of each year.

The effective date of this plan will be the date of the Order confirming plan.

                                                          Respectfully submitted,
                                                          Judith Adele Nowlin

By: /s/ Jeffrey Abbott
Attorney for Debtor
OSTLING & ASSOCIATES
201 W. Olive Street
Bloomington, IL 61701
309-827-3030